JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

PARVINDER MANN,
Petitioner,
v.
FERETI SEMAIA, et al,
Respondents.

No. 5:26-cv-02669-BFM

**JUDGMENT**

On September 2, 2026, the Court issued an order granting the petition and ordered Petitioner Parvinder Mann (A# 220-841-699) to be immediately released on the conditions of supervision previously imposed. (ECF 19 at 6.) The Court directed Petitioner's counsel to notify the Court if her release was delayed for any reason. (ECF 19 at 6.) Petitioner has not notified the Court, and the Immigration and Customs Enforcement detainee locator no longer lists Petitioner. The Court therefore concludes that Petitioner has been released from Respondents' custody.

Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Amended Petition (ECF 11) is granted. The Clerk of Court is directed to close this case.

DATED: September 9, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE